**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60405-RAR**

**FABIENNE EDOURAD**,

    Plaintiff,

v.

**UNIFIN, INC.**,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 19] ("Stipulation"), filed on July 27, 2022. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* against Unifin, Inc., with each party to bear its own attorneys' fees and costs. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record